WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

MARK S. BOSCO, ESQ.  
Arizona Bar No. 010167  
TIFFANY & BOSCO, P.A.  
2525 East Camelback Road, Suite 300  
Phoenix, Arizona 85016  
Telephone: (602) 255-6000  
**Attorney for Secured Creditor**  

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.  
09-77956  

Electronically Filed on _____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | BK09-29326-bam |
|---|---|
|  | Chapter 7 |
| Joseph R. Esquivel, Jr. and Lori Esquivel | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>HEARING DATE: 1/4/2010<br>HEARING TIME: 1:30 pm |
| Debtor(s). | ESTIMATED TIME: 5 Minutes |

TO THE HONORABLE BRUCE A MARKELL, THE DEBTORs, DEBTORS'S ATTORNEY OF RECORD AND THE CHAPTER 7 TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the 4th day of January, 2010 at 1:30 pm before United States Bankruptcy Judge, the Honorable Bruce A Markell, in Courtroom 3 located at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., it's assignees and/or successors in interest and assigns ("Movant"), will move this Court, pursuant to 11 U.S.C. §362(d), for an

order terminating the automatic stay, to allow Movant to proceed with its non-bankruptcy remedies, including, but not limited to foreclosure upon obtaining possession of and selling the subject real property located at 6940 Surrey Court, Las Vegas, NV 89145 (the "subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires that any opposition to the motion must be filed and service completed upon the Movant not more that fifteen (15) days after service of the motion. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

☐ The court may *refuse to allow you to speak* at the scheduled hearing; and

☐ The court may *rule against you* without formally calling the matter at the hearing

DATED this 4th day of December, 2009.

                      **WILDE & ASSOCIATES**

                      By:___/s/Gregory L. Wilde, Esq_____
                      GREGORY L. WILDE, ESQ.
                        Attorney for Secured Creditor
                      208 South Jones Boulevard
                      Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77956

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29326-bam |
| Joseph R. Esquivel, Jr. and Lori Esquivel | Date: 1/4/2010<br>Time: 1:30 pm |
| Debtors. | Chapter 7 |

### CERTIFICATE OF SERVICE OF NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On ___12/4/2009___ I served the following documents(s):

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X   a. ECF System

      Dorothy G. Bunce
      bunce@hotpop.com
      Attorney for Debtors

Yvette Weinstein
yweinsteinhsd@earthlink.net
Trustee

**X  b. United States mail, postage fully prepaid:**

Dorothy G. Bunce
2037 Franklin Ave.
Las Vegas, NV 89104
Attorney for Debtors

Joseph R. Esquivel, Jr. and Lori Esquivel
6940 Surrey Ct
Las Vegas, NV  89145
Debtors

Bank Of America
Attn: Managing Agent
4161 Piedmont Parkway
Greensboro, NC 27410
"Via Certified Mail"

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 4th day of December, 2009.

By: