JOSEPH R. ESQUIVEL, JR.
LORI ESQUIVEL fka LORI HERDA
6940 Surrey Ct.
Las Vegas, Nevada  89145
(702) 856-0609

DEBTORS IN PROPER PERSON

RECEIVED
AND FILED

DEC 18  10 44 AM '09

U.S. BANK ...      ,T
MARY A.      . RK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In RE: | ) CASE No.: BK-S-09BK-29236-BAM |
|  | ) |
|  | ) Date: 1/04/2010 |
| JOSEPH R.ESQUIVEL, JR. and | ) Time: 1:30 p.m. |
| LORI ESQUIVEL, | ) |
|  | ) Chapter 7 |
| Debtors | ) |

**DECLARATION OF JOSEPH R. ESQUIVEL, JR. AND LORI ESQUIVEL TO
OPPOSITION TO RELIEF FROM STAY FOR FAILURE TO STATE A CLAIM UPON
WHICH RELIEF CAN BE GRANTED**

WE, JOSEPH R. ESQUIVEL, JR. and LORI ESQUIVEL hereby declare and state as

follows:

We are the Debtors in the above-entitled case;

This Declaration is submitted in support of **DEBTORS' OPPOSITION TO RELIEF**

**FROM STAY FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE**

**GRANTED** .

On or about November 16,, 2009, Secured Creditor failed and refused to attend the

Creditors' Meeting and provide Trustee with their proof of claim.  Instead, Secured Creditor

caused to be served electronically upon Debtors' former attorney-of-record, Dorothy G. Bunce,

Esq., a document entitled Motion to Lift Stay.

Dorothy G. Bunce, Esq. forwarded us the Motion via email on December 7, 2009 at

approximately 11 a.m.

///

Dorothy G. Bunce, Esq. withdrew as attorney-of-record on December 11, 2009 after we inquired as to why she did not object to Secured Creditor's non-attendance at the Creditor's Meeting and her acceptance of their Motion to Lift Stay in the alternative.

Debtors noticed from Secured Creditor's Motion, that the original beneficiary under the subject of our Deed of Trust is not SECURED CREDITOR but MERS, INC., its successors and assigns, AS NOMINEE for COUNTRYWIDE HOME LOANS, INC.  In recent months, Courts (including Nevada) have been ruling that Homeowners are disadvantaged by the MERS system due to the lack of disclosure concerning the true identity of the mortgagee.

We have even conducted a search under the UNIFORM COMMERCIAL CODE (UCC) and found no evidence of a "DEBT" owed to Secured Creditor (attached hereto as Exhibit "1").

We believe Secured Creditor (Successor Beneficiary to Original Beneficiary MERS) nor their designated Successor Trustee, RECONTRUST, have our original note as *certified in public record* in their Notice of Default filed on or about September 3, 2009.  Certifications of Lost Documents or photocopies, in any form, certified or not, are not valid.

Secured Creditor is a Nevada foreign corporation formed under the laws of the State of Texas.  The limited Partners of said corporation are:

> General Partner - COUNTRYWIDE GP, LLC
> 4500 PARK GRANADA
> CALABASAS, CA  91302
>
> General Partner - COUNTRYWIDE LP, LLC, LIMITED PARTNER
> 4500 PARK GRANADA
> CALABASAS, CA  91302

This partnership/corporation was filed with the Nevada Secretary of State January 9, 2008 (attached hereto as Exhibit "2").  Debtors hereby certify Exhibit is a true and correct copy of the same obtained from the Nevada Secretary of State's web site;

1    We have researched the matter regarding MERS and have learned that it is the electronic

2    mortgage recording system contrived by a consortium of major lenders in order to avoid billions

3    of dollars in legal fees and county recording costs, and to legally shield themselves from

4    consumer lawsuits for predatory lending practices.  In Courts, the findings are that lenders are,

5    because of MERS' involvement, found to have no legitimate signed mortgage documents by

6    which to support their claims; neither can they, because of the rampant securitization of our loan

7    after it was made by us, prove that they've been damaged financially; nor do they possess the

8    original loan document(s) they have purportedly been servicing.  It appears all "they" have on

9    hand is no more than copies, or electronic versions of the documents, and neither bears our

10    original signatures giving them authority whatsoever to dispose of our property in any way.

11    We have information, believe and thereon allege that Secured Creditor and/or its agent(s)

12    directed or otherwise caused the following to be recorded by Clark County Recorder in the

13    Public Record:

14    Trustor/Grantor:  HERDA, LORI
BANK OF AMERICA, NA
15    Document #200509150001525
16    DEED OF TRUST recorded 9/15/2005 (incorporated in Movant's Motion)

17    Trustor/Grantor:  ESQUIVEL, LORI M
BANK OF AMERICA, NA NATIONAL BANKING ASSOCIATION
18    Document #200703140001283
MISCELLANEOUS MODIFY recorded 3/14/2007
19    (attached hereto as Exhibit "3")

20    MODIFICIATION OF SECURITY INSTRUMENT
(attached hereto as Exhibit "4")
21

22    Trustor/Grantor:  HERDA, LORI
RECONTRUST COMPANY, NA
23    Document #200909030000192 (attached hereto as Exhibit "5")

24    DEFAULT & ELECTION TO SELL
Recorded 9/3/2009 ~~(attached hereto as Exhibit "6")~~
25    ****Notice of Default filed before SUBSTITUTE TRUSTEE filed (see below 9/14/2009)

26    ///

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
BAC HOME LOANS SERVICING, LP
Document #200909140003882
ASSIGNMENT
recorded 9/14/2009
(attached hereto as Exhibit "7")

BAC HOME LOANS SERVICING LP
RECONTRUST COMPANY, NA
Document #200909140003883
SUBSTITUTION TRUSTEE
Recorded 9/14/2009
(attached hereto as Exhibit "8")

In inspecting public record filings more closely, we believe that some of the

documents/instruments may be forgeries.

Several lawsuits have been brought against Secured Creditor by several States' Attorney

Generals including, but not limited to, Nevada's own Catherine Cortez Masto via her Complaint.

~~(attached hereto as Exhibit "9")~~.

Secured Creditor voluntarily entered into a Consent Judgment with the State of Nevada

which is, to date, being monitored by Ms. Masto's office (attached hereto as Exhibit "10").

We believe that we may be entitled to RELIEF under the terms of the State of Nevada's

Consent Judgment with Secured Creditor.

We are subject to another entity coming forward in the future and claiming we owe *them*

and *they* are the secured creditor even if we no longer have our property. If this occurs, the

Secured Creditor in this matter, obviously, would have been unjustly enriched to our detriment.

In an effort to further protect our rights and ensure the proper Party is before this Court,

we have provided alleged Secured Creditor with a REAL ESTATE SETTLEMENT

PRACTICES ACT (RESPA) QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE

OF DEBT & VALIDATION OF DEBT LETTER and TRUTH IN LENDING ACT (TILA)

REQUEST (attached hereto as Exhibit "11").

///

Due to Secured Creditor's foreclosure mill, WILDE & ASSOCIATES, ignoring the Creditors' Meeting and serving us with their "cookie cutter" Motion, we have incurred additional costs in this matter.

Lastly, our credit report has derogatory information from Secured Creditor's claim. As the company of Secured Creditor does not have a legal standing to collect this debt, there shall be not any data furnished to the credit report agencies as provided in the Fair Debt Collection Practices Act (FDCPA);

We declare under penalty of perjury under the laws of the State of Nevada that the forgoing is true and correct.

Dated this ⟨17⟩ day of December, 2009.

By:

JOSEPH R. ESQUIVEL, JR., PRO SE
DEBTOR

LORI ESQUIVEL fka LORI HERDA,
PRO SE
DEBTOR

STATE OF NEVADA           )
                          ) ss.      <u>ACKNOWLEDGEMENT</u>
COUNTY OF Clark           )

     On December 17th, 2009 , before me, a Notary Public in the mentioned County and State, personally appeared Lori M. Esquivel and Joseph Esquivel personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose names are subscribed to the within instrument DECLARATION OF JOSEPH R. ESQUIVEL, JR. AND LORI ESQUIVEL TO OPPOSITION TO RELIEF FROM STAY FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument these persons, or the entity upon behalf of which these persons acted, executed the instrument.

     WITNESS my hand and notary seal, this 17th day of December , 2009.

My commission expires 10/10/2012

Theresa Bastron
Notary Public

Notary Public - State of Nevada
County of Nye
THERESA BASTRON
My Appointment Expires
October 10, 2012
No: 04-89642-14

# EXHIBIT "1"

**STATE OF NEVADA**



*ROSS MILLER*
Secretary of State

*SCOTT W. ANDERSON*
Deputy Secretary
for Commercial Recordings

**OFFICE OF THE**
**SECRETARY OF STATE**

December 08, 2009

**Job Number:**   U20091208-0073

**Job Contents:**
   **Certified Search Request(s):**            1

**Special Handling Instructions:**

JOSEPH ESQUIVEL
6940 SURREY CT.
LAS VEGAS NV  89145

**STATE OF NEVADA**



*ROSS MILLER*
Secretary of State

*SCOTT W. ANDERSON*
Deputy Secretary
for Commercial Recordings

**OFFICE OF THE**
## SECRETARY OF STATE

## Certified Search Request

December 08, 2009

| | |
|---|---|
| **Job Number:** | U20091208-0073 |
| **Reference Number:** | 0000549049-4 |
| **Expedite:** | None |
| **Through Date:** | 12/04/2009 05:00PM |

The undersigned filing officer hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division as of the above through date.

 **Search Criteria:**
Debtor Name:    HERDA, LORI MARY
Lien Type:        UCC
Lien Status:      All (Including lapsed)

Nevada Secretary of State
Electronic Filing
Filing Officer

**UCC DIVISION:**
**Tracy Gillespie, Supervisor**
200 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-5630

**STATE OF NEVADA**



ROSS MILLER
Secretary of State

SCOTT W. ANDERSON
Deputy Secretary
for Commercial Recordings

**OFFICE OF THE
SECRETARY OF STATE**

Search Criteria:

Debtor Name:    HERDA, LORI MARY
Lien Type:      UCC
Lien Status:    All (Including lapsed)

No Matching Records Found.

(D)=Debtor                    1 of 1                  (S)=Secured Party
(T)=Tax Payer              (A)=Assignee               (L)=Lien Holder

EXHIBIT "2"

# BAC HOME LOANS SERVICING, LP

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Active** | File Date: | **1/09/2008** |
| Type: | **Foreign Limited Partnership** | Entity Number: | **E0012662008-4** |
| Qualifying State: | **TX** | List of Officers Due: | **1/31/2011** |
| Managed By: | | Expiration Date: | |
| NV Business ID: | **NV20081549013** | Business License Exp: | **1/31/2011** |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY OF NEVADA** | Address 1: | **6100 NEIL ROAD SUITE 500** |
| Address 2: | | City: | **RENO** |
| State: | **NV** | Zip Code: | **89511** |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | **NV** |
| Mailing Zip Code: | | | |
| Agent Type: | **Commercial Registered Agent - Corporation** | | |
| Jurisdiction: | **NEVADA** | Status: | **Active** |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | **0** | Capital Amount: | **$ 0** |

**No stock records found for this company**

## Officers

☑ Include Inactive Officers

| General Partner - **BAC GP, LLC** | | | |
|---|---|---|---|
| Address 1: | **30930 RUSSELL RANCH ROAD** | Address 2: | **MAIL CODE: CA6-916-02-01** |
| City: | **WESTLAKE VILLAGE** | State: | **CA** |
| Zip Code: | **91362** | Country: | **USA** |
| Status: | **Active** | Email: | |
| General Partner - **COUNTRYWIDE GP, LLC** | | | |
| Address 1: | **4500 PARK GRANADA** | Address 2: | |
| City: | **CALABASAS** | State: | **CA** |
| Zip Code: | **91302** | Country: | |
| Status: | **Historical** | Email: | |
| General Partner - **COUNTRYWIDE LP, LLC LIMITED PARTNER** | | | |
| Address 1: | **4500 PARK GRANADA** | Address 2: | |
| City: | **CALABASAS** | State: | **CA** |
| Zip Code: | **91302** | Country: | |
| Status: | **Historical** | Email: | |

## Actions Amendments

| | | | |
|---|---|---|---|
| Action Type: | **Certificate of Foreign Limited Partnership** | | |
| Document Number: | **20080019571-73** | # of Pages: | **1** |
| File Date: | **1/09/2008** | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Miscellaneous | | |
|---|---|---|---|
| Document Number: | 20080019575-17 | # of Pages: | 1 |
| File Date: | 1/09/2008 | Effective Date: | |
| **APPROVAL** | | | |
| Action Type: | Initial List | | |
| Document Number: | 20080104902-96 | # of Pages: | 1 |
| File Date: | 2/14/2008 | Effective Date: | |
| **(No notes for this action)** | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20080493637-02 | # of Pages: | 1 |
| File Date: | 7/23/2008 | Effective Date: | |
| **(No notes for this action)** | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090057679-85 | # of Pages: | 1 |
| File Date: | 1/20/2009 | Effective Date: | |
| **(No notes for this action)** | | | |
| Action Type: | Amendment | | |
| Document Number: | 20090391289-43 | # of Pages: | 1 |
| File Date: | 4/29/2009 | Effective Date: | |
| **(No notes for this action)** | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090851911-56 | # of Pages: | 1 |
| File Date: | 12/11/2009 | Effective Date: | |
| **(No notes for this action)** | | | |

# RECONTRUST COMPANY

*Substitute Trustee*

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Merge Dissolved** | File Date: | **7/30/2007** |
| Type: | **Domestic Corporation** | Entity Number: | **E0533422007-5** |
| Qualifying State: | **NV** | List of Officers Due: | **7/31/2009** |
| Managed By: | | Expiration Date: | |
| NV Business ID: | **NV20071003769** | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **SECRETARY OF STATE** | Address 1: | **202 N. CARSON ST.** |
| Address 2: | | City: | **CARSON CITY** |
| State: | **NV** | Zip Code: | **89701-4201** |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | **Noncommercial Registered Agent** | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | **0** | Capital Amount: | **$ 10.00** |
| Par Share Count: | **1,000.00** | Par Share Value: | **$ 0.01** |

## Officers

☑ ~~Include Inactive Officers~~

**Secretary - JERRY A HAGER**

| | | | |
|---|---|---|---|
| Address 1: | **225 W HILLCREST DRIVE** | Address 2: | **MS-TO-11** |
| City: | **THOUSAND OAKS** | State: | **CA** |
| Zip Code: | **91360** | Country: | |
| Status: | **Active** | Email: | |

**Secretary - JERRY A HAGER**

| | | | |
|---|---|---|---|
| Address 1: | **225 W HILLCREST DRIVE** | Address 2: | **MS-TO-11** |
| City: | **THOUSAND OAKS** | State: | **CA** |
| Zip Code: | **91360** | Country: | |
| Status: | **Historical** | Email: | |

**Treasurer - GREG MARKARIAN**

| | | | |
|---|---|---|---|
| Address 1: | **225 W HILLCREST DRIVE** | Address 2: | **MS-TO-11** |
| City: | **THOUSAND OAKS** | State: | **CA** |
| Zip Code: | **91360** | Country: | |
| Status: | **Active** | Email: | |

**President - JAMES F TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | **225 W HILLCREST DRIVE** | Address 2: | **MS-TO-11** |
| City: | **THOUSAND OAKS** | State: | **CA** |
| Zip Code: | **91360** | Country: | |
| Status: | **Active** | Email: | |

**President - JAMES F TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | **225 W HILLCREST DRIVE** | Address 2: | **MS-TO-11** |
| City: | **THOUSAND OAKS** | State: | **CA** |
| Zip Code: | **91360** | Country: | |

| | | | | |
|---|---|---|---|---|
| Status: | Historical | Email: | | |

**Treasurer - STEPHEN THOMPSON**

| | | | | |
|---|---|---|---|---|
| Address 1: | 225 W HILLCREST DRIVE | Address 2: | MS-TO-11 |
| City: | THOUSAND OAKS | State: | CA |
| Zip Code: | 91360 | Country: | |
| Status: | Historical | Email: | |

**Director - TIMOTHY WENNES**

| | | | | |
|---|---|---|---|---|
| Address 1: | 225 W HILLCREST DRIVE | Address 2: | MS-TO-11 |
| City: | THOUSAND OAKS | State: | CA |
| Zip Code: | 91360 | Country: | |
| Status: | Active | Email: | |

**Director - TIMOTHY WENNES**

| | | | | |
|---|---|---|---|---|
| Address 1: | 225 W HILLCREST DRIVE | Address 2: | MS-TO-11 |
| City: | THOUSAND OAKS | State: | CA |
| Zip Code: | 91360 | Country: | |
| Status: | Historical | Email: | |

## Actions Amendments

| | | | | |
|---|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | 20070516702-80 | # of Pages: | 2 |
| File Date: | 7/30/2007 | Effective Date: | |

Initial Stock Value: Par Value Shares: 1,000 Value: $ 0.01 No Par Value Shares: 0 ————— Total Authorized Capital: $ 10.00 —————

| | | | | |
|---|---|---|---|---|
| Action Type: | Miscellaneous | | |
| Document Number: | 20070516701-79 | # of Pages: | 1 |
| File Date: | 7/30/2007 | Effective Date: | |

(No notes for this action)

| | | | | |
|---|---|---|---|---|
| Action Type: | Initial List | | |
| Document Number: | 20070704872-27 | # of Pages: | 4 |
| File Date: | 10/12/2007 | Effective Date: | |

(No notes for this action)

| | | | | |
|---|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20080374012-37 | # of Pages: | 1 |
| File Date: | 5/29/2008 | Effective Date: | |

2008-2009

| | | | | |
|---|---|---|---|---|
| Action Type: | Registered Agent Change | | |
| Document Number: | 20080493656-33 | # of Pages: | 1 |
| File Date: | 7/23/2008 | Effective Date: | |

(No notes for this action)

| | | | | |
|---|---|---|---|---|
| Action Type: | Merge Out | | |
| Document Number: | 20090458192-00 | # of Pages: | 8 |
| File Date: | 6/02/2009 | Effective Date: | |

FORWARDING ADDRESS FOR SERVICE OF PROCESS: LITIGATION IN-TAKE, 30670 RUSSELL RANCH ROAD, CA6-916-02-01, WESTLAKE VILLAGE, CA 91361

*Same as BAC Home Loans...*

EXHIBIT "3"

APN# 138-34-610-006

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**20070314-0001283**

Fee: $18.00
N/C Fee: $0.00

03/14/2007          10:06:19
T20070044718

**Requestor:**
  UNITED GENERAL TITLE INS

**Debbie Conway**          KGP
**Clark County Recorder**   Pgs: 5

*( for Recorder's use only )*

**Recording Requested by:**
Name: BANK OF AMERICA
Address: 9000 SOUTHSIDE BLVD.
City/State/Zip: JACKSONVILLE, FL 32256

**When Recorded Mail to:**
Name: UNITED GENERAL TITLE INS./ FISERV
Address: 27 INWOOD ROAD
City/State/Zip: ROCKY HILL, CT 06067

⑤

MODIFICATION OF SECURITY INSTRUMENT
**( Title of Document )**

**Please complete Affirmation Statement below:**

[X] I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030)

-OR-

[ ] I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the social security number of a person or persons as required by law:_____
             (State specific law)

_____          DE/RECORDING REVIEW ASSOC.
**Signature**                      **Title**

 JUILETTE M. WISDOM
_____
**Print Signature**

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.          (Additional recording fee applies)

RECORDER'S MEMO
POSSIBLE POOR RECORD DUE TO
QUALITY OF ORIGINAL DOCUMENT

EXHIBIT "4"



**Record and Return To:**
**United General Title Ins**
**Fiserv—27 Inwood Road**
**ROCKY HILL, CT 06067**

Loan Number: 68181005120199

_____ [Space Above This Line For Recording Data] _____

# MODIFICATION OF SECURITY INSTRUMENT
### (Home Equity Line of Credit)

This Modification of Security Instrument ("Modification"), made this   19th  day of   JANUARY
2007                , between   LORI M ESQUIVEL,* JOSEPH ESQUIVEL

                        * AKA LORI M HERDA                                    ("Borrower") and

Bank of America, NA, National Banking Association

("Lender"), amends and supplements (1) the Mortgage. Deed of Trust, or Security Deed (the "Security Instrument"),
and Riders. if any, dated AUGUST 10, 2005       and recorded in Book or Liber
at page(s)                       , instrument or document number    20050915-0001525            .
of the Land                       Records of    CLARK,  NEVADA
        [Name of Records]                            [County and State, or other Jurisdiction]

and (2) the Agreement, bearing the same date as, and secured by, the Security Instrument, which covers the real and
personal property described in the Security Instrument and defined therein as the "Property", located at
6940 SURREY CT, LAS VEGAS, NEVADA 89145-5224

the real property described being set forth as follows:
SCHEDULE A ATTACHED HERETO AND MADE A PART OF.

The Principal amount secured by the Security Instrument is changing from $ 65,000.00
to $85,000.00                        . The maturity date described in the Security Instrument is changed to
JANUARY 19, 2032                  .

**CONTINUING VALIDITY.** Except as expressly provided in the Modification paragraph above, the terms of the original Security Instrument shall remain in full force and effect. Nothing in this Modification shall be understood or construed to be a satisfaction or release in whole or in part of the Agreement and Security Instrument. Except as otherwise specifically provided in this Modification, the Agreement and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement. Borrower also shall comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument.

_____ (Seal)
LORI M ESQUIVEL            -Borrower
AKA LORI M HERDA

_____ (Seal)
JOSEPH ESQUIVEL            -Borrower


_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower


_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

LORI M ESQUIVEL/995070131544560
MODIFICATION OF SECURITY INSTRUMENT
MSIPP.BOA  12/13/06                    Page 2 of 3              DocMagic eForms 800-649-1362
                                                               www.docmagic.com

[Space Below This Line For Acknowledgment]

State of _Nevada_____ )
                                                  ) ss.
County of _Clark_____ )

On _1/19/07_____ before me, _Juanita E.M Clemmons_____

personally appeared LORI M ESQUIVEL, JOSEPH ESQUIVEL

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

JUANITA E. M. CLEMMONS
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 09-74088-1
MY APPT. EXPIRES OCT. 24, 2010

_Juanita E.M. Clemmons_
NOTARY SIGNATURE

_Juanita E.M. Clemmons_
(Typed Name of Notary)

Juanita E.M. Clemmons

NOTARY SEAL

LORI M ESQUIVEL/995070131544560
MODIFICATION OF SECURITY INSTRUMENT
MSIPP.BOA 12/13/06                                Page 3 of 3                    DocMagic eForms 800-649-1362
                                                                                www.docmagic.com

H019FM85

# SCHEDULE A

ALL THAT REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

LOT 6, IN BLOCK 12 OF CHARLESTON RAINBOW UNIT 7B, AS SHOWN BY MAP THEREOF FILED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PROPERTY ADDRESS: 6940 SURREY COURT

PARCEL ID: 138-34-610-006

# EXHIBIT "5"

RECORDING REQUESTED BY:
WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
Attn:
TS No. 09-0131186
Title Order No. 090626360NVGTI

APN No. 138-34-610-006

## NEVADA IMPORTANT NOTICE
### NOTICE OF DEFAULT/ELECTION TO SELL UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN THAT: RECONTRUST COMPANY, N.A., is the duly appointed Trustee under a Deed of Trust dated 05/03/2005, executed by LORI HERDA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as beneficiary recorded 05/25/2005, as Instrument No. 0003792 (or Book 20050525, Page ) of Official Records in the Office of the County Recorder of Clark County, Nevada. Said obligation including ONE NOTE FOR THE ORIGINAL sum of $205,000.00. That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of :
FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 06/01/2009 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS, TOGETHER WITH ALL LATE CHARGES, PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY, INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION, THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 06/01/2035 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.

That by reason thereof, the present beneficiary under such deed of trust has deposited with RECONTRUST COMPANY, N.A. such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

### NOTICE

You may have the right to cure the default hereon and reinstate the one obligation secured by such Deed Of Trust above described. Section NRS 107.080 permits certain defaults to be cured upon the payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occured. Where reinstatement is possible, if the default is not cured within 35 days following recording and mailing of this Notice to Trustor or Trustor's successor in interest, the right of reinstatement will terminate and the property may there after be sold. The Trustor may have the right to bring court action to assert the non existence of a default or any other defense of Trustor to acceleration and sale.

To determine if reinstatement is possible and the amount, if any, to cure the default, contact: BAC Home Loans Servicing, LP, c/o RECONTRUST COMPANY, 2380 Performance Dr.,TX2-985-07-08, Richardson, TX 75082, PHONE: (800) 281-8219. Should you wish to discuss possible options for loan modification, you may contact the Home Retention Division at 1-800-669-6650. If you meet the requirements of Section NRS 107.085, you may request mediation in accordance with the enclosed Election/Waiver of Mediation Form and instructions. You may also contact the Nevada Fair Housing Center at 1-702-731-6095 or the Legal Aid Center at 1-702-386-1070 for assistance.

RECONTRUST COMPANY, as agent for the Beneficiary
By: Fidelity National Default Solutions, as Agent

_____

By: LSI Title Agency, Inc., an Illinois Corporation, as Agent
       **Anselmo Pagkaliwangan**

State of: California
County of: Orange                 Connie L. Borras
On 9.2.2009_____, before me, _____, Notary
Public, personally appeared Anselmo Pagkaliwangan, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
          Connie L. Borras



CONNIE L. BORRAS
Commission # 1733995
Notary Public - California
Orange County
My Comm. Expires Apr 22, 2011

EXHIBIT "7"

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
**AND WHEN RECORDED MAIL DOCUMENT TO:**
BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065

138-34-610-006

TS No. 09-0131186

TITLE ORDER#: 090626360NVGTI

---

### CORPORATION ASSIGNMENT OF DEED OF TRUST NEVADA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFER TO:
**BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 05/03/2005,
EXECUTED BY: LORI HERDA, A MARRIED WOMAN AS HER SOLE AND SEPARATE
PROPERTY,TRUSTOR: TO CTC REAL ESTATE SERVICES, TRUSTEE AND RECORDED AS
INSTRUMENT NO. 0003792 ON 05/25/2005, IN BOOK 20050525, OF OFFICIAL RECORDS IN THE
COUNTY RECORDER'S OFFICE OF CLARK COUNTY, IN THE STATE OF NEVADA.

DESCRIBING THE LAND THEREIN: AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST.

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE
MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS
ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: September 02, 2009      MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
                               INC.

State of: Texas            )
County of: Dallas          )   BY: _Angela Nava_____
                                   Angela Nava
                                   , Assistant Secretary
                                   Angela Nava
                                   Assistant Secretary

On 9-8-09 before me ANGELA SERATO , personally appeared _____
_____, know to me (or proved to me on the oath of _____ or through
_____) to be the person whose name is subscribed to the foregoing instrument and
acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_Angela S.L._____
Notary Public's Signature

ANGELA SERATO
My Commission Expires
July 27, 2013

RECORDING REQUESTED BY:

RECONTRUST COMPANY, N.A.

AND WHEN RECORDED MAIL DOCUMENT TO:

BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA  93065

138-34-610-006

TS No. 09-0131186

TITLE ORDER#:  090626360NVGTI

---

## CORPORATION ASSIGNMENT OF DEED OF TRUST NEVADA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFER TO:

**BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 05/03/2005,
EXECUTED BY:  LORI HERDA, A MARRIED WOMAN AS HER SOLE AND SEPARATE
PROPERTY,TRUSTOR: TO CTC REAL ESTATE SERVICES, TRUSTEE AND RECORDED AS
INSTRUMENT NO. 0003792 ON 05/25/2005, IN BOOK 20050525, OF OFFICIAL RECORDS IN THE
COUNTY RECORDER'S OFFICE OF CLARK COUNTY, IN THE STATE OF NEVADA.

DESCRIBING THE LAND THEREIN:  AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST.

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE
MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS
ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED:  September 02, 2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of:  ~~Texas~~ )
County of:  ~~Dallas~~ )

BY: _Angela Nava_
, Assistant Secretary
**Angela Nava**
**Assistant Secretary**

On 9-8-09 before me ANGELA SERATO_____, personally appeared
._____, know to me (or proved to me on the oath of _____ or through
_____) to be the person whose name is subscribed to the foregoing instrument and
acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_____
Notary Public's Signature

ANGELA SERATO
My Commission Expires
July 27, 2013

EXHIBIT "8"

RECORDING REQUESTED BY:
RECONTRUST COMPANY

**AND WHEN RECORDED MAIL DOCUMENT TO:**
RECONTRUST COMPANY
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082

**ATTN: Dominic Heme**
TS No. 09-0131186
138-34-6W-006
TSG No. 090626360NVGTI

---

## SUBSTITUTION OF TRUSTEE NEVADA

WHEREAS, LORI HERDA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY was the original Trustor, CTC REAL ESTATE SERVICES was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was the original Beneficiary under that certain Deed of Trust dated 05/03/2005 recorded on 05/25/2005 as Instrument No. 0003792 in Book 20050525 Page of Official Records of Clark County, Nevada;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW THEREFORE, the undersigned hereby substitutes RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS: 2380 Performance Dr, TX2-985-07-03, Richardson, TX 75082, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING LP

BY: _____
Angela Nava , Assistant Secretary

State of: ____Texas_____ )
County of: ____Dallas_____ )

On 9-8-09 before me ANGELA SERATO , personally appeared ____Angela Nava_____ Assistant Secretary , know to me (or proved to me on the oath of _____ or through _____ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_____
Notary Public's Signature

ANGELA SERATO
My Commission Expires
July 27, 2013