**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 175
EVAN L. JAMES, ESQ.
Nevada Bar No. 7760
7440 W. Sahara Ave.
Las Vegas, NV 89117
Fax: (702) 2550871
Phone: (702) 255-1718

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Joseph R. Esquivel, JR and Lori Esquivel, Debtors. | Case No.: 09-29326-BAM<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO:  THE CLERK OF THE COURT AND ALL PARTIES OF INTEREST

PLEASE TAKE NOTICE that the Creditors, Painters Joint Committee, through its designated fiduciaries, John Smirk and Thomas Pfundstein; IUPAT Industry Pension Fund; Employee Painters Trust Health & Welfare Fund; Painters Vacation-Holiday Savings Fund; Painters Apprentice Training Trust Fund; Painters Industry Promotion Fund; Painters JCIP Fund; Painters Organizing Fund; and Painters Labor Management Contract Fund ("Trust Funds"), by and through their attorneys, Christensen James & Martin, hereby request special notice of all matters which must be noticed to creditors and/or other parties in interest, and other notices required by the United States Bankruptcy Code and Rules and/or the Local Rules.

The Creditors request that all such notices and pleadings be served in accordance with the Court's ECF service and where necessary mailed to the following:

Christensen James & Martin
Evan L. James, Esq.
7440 W. Sahara Ave.
Las Vegas, NV  89117

DATED this 18th day of January, 2010.

CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
Evan L. James, Esq.
Attorneys for Creditors

CERTIFICATE OF SERVICE

As an employee of Christensen James & Martin, I Natalie Larson, hereby certify that the forgoing request for special notice was served on the 18th of January 2010 in the following manner:

1. In accordance with the Court's ECF System, and

2. By mailing a physical copy to the following:

    a. Joseph Esquivel, Jr. and Lori Esquivel
       6940 Surrey Ct.
       Las Vegas, Nevada 89145

    b. Thomas E. Crowe, Esq.
       7381 W. Charleston Blvd., Suite 110
       Las Vegas, Nevada 89117

    c. Christopher F. Klink, Esq.
       2576 Sundew Ave.
       Henderson, Nevada 89052

/s/ Natalie Larson
Natalie Larson