WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77956

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29326-BAM |
| Joseph R. Esquivel, Jr. and Lori Esquivel | Date: January 26, 2010<br>Time: 1:30 p.m. |
| Debtor(s). | Chapter 7 |

### SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., files this Supplement to Motion for Relief from Automatic Stay to include the following documents:

1)   Merger Letter with Countrywide and BAC Home Loans. (*See* Exhibit "A".)

WHEREFORE, Secured Creditor asks that the Court grants its motion for relief from the automatic stay.

DATED: January 25, 2010

                   WILDE & ASSOCIATES

                   By /s/ Gregory L. Wilde #10099
                   **GREGORY L. WILDE, ESQ.**
                   Attorney for Secured Creditor
                   212 South Jones Boulevard
                   Las Vegas, Nevada 89107

## CERTIFICATE OF FACSIMILE

I hereby certify that on this 25th day of January, 2010 I faxed a copy of the above **SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY** to:

Dorothy G. Bunce, Esq.
Fax # (877)-613-3287

_____
An Employee of Wilde & Associates



Comptroller of the Currency
Administrator of National Banks

Large Bank Licensing
Mail Stop 7-13
250 E Street, SW
Washington, DC 20219

April 27, 2009

Ms. Radhi Thayu
Assistant General Counsel
Bank of America Corporation
NY 1-100-18-07
One Bryant Park
New York, NY 10036

Re: Application by Countrywide Bank, FSB, Centennial, Colorado to convert to a national bank and application to merger Countrywide Bank, National Association with and into Bank of America, National Association, Charlotte, North Carolina. Application Control Numbers: 2009-ML-01-0003; 2009-ML-02-0003

Dear Ms. Thayu:

This letter is the official certification of the Comptroller of the Currency (OCC) of the conversion of Countrywide Bank, FSB, Centennial, Colorado to a national bank with the name Countrywide Bank, National Association, effective April 27, 2009. This is also the certification to merge Countrywide Bank, National Association with and into Bank of America, National Association, Charlotte, North Carolina, effective April 27, 2009.

This letter is also the official authorization for Bank of America, National Association to operate the former main office of Countrywide Bank, National Association as a branch of Bank of America, National Association as detailed below:

Popular Name:     Colorado Branch
Address:          6465 South Greenwood Plaza, Suite 200
                  Centennial, Colorado
Branch Number:    146797A

If you have questions regarding this letter, please contact me at (202) 874-5294 or by email at: Stephen.Lybarger@occ.treas.gov. Please reference the application control number or numbers in any correspondence.

Sincerely,

*Stephen A. Lybarger*

Stephen A. Lybarger
Large Bank Licensing Lead Expert

EXHIBIT "A"