

**Entered on Docket
May 11, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 09−29326−bam
Chapter 7**

In re:
   JOSEPH R ESQUIVEL JR.

   LORI ESQUIVEL
                 Debtor(s).


Hearing Date:  May 11, 2010
Hearing Time:  8:30 am


ORDER ON REAFFIRMATION AGREEMENT


The debtor(s) JOSEPH R ESQUIVEL JR. and LORI ESQUIVEL have filed a motion for approval of the reaffirmation agreement dated March 31, 2010 made between the debtor(s) and IBEW Plus Credit Union. The court held the hearing required by 11 U.S.C. Section 524(d) on notice to the debtor(s) and the creditor on May 11, 2010.

COURT ORDER:

    ☑    (A) The court grants the debtor's motion under 11 U.S.C. Section 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest as the debtor(s).

    ☐    (B) The court grants the debtor's motion under 11 U.S.C. Section 524(k)(8) and approves the reaffirmation agreement described above.

    ☐    (C) The court does not approve the reaffirmation agreement under 11 U.S.C. Section 524(m).

    ☐    (D) The court does not approve the reaffirmation agreement.


                             ###