RECEIVED & FILED
'10 AUG 26 A10 :53
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  JOSEPH R ESQUIVEL.JR,
   LORI ESQUIVEL
2  6940 Surrey Ct.
   Las Vegas, Nevada 89145
3  (702) 810-6627

4             **UNITED STATES DISTRICT COURT**
5             **FOR THE DISTRICT OF NEVADA**

6  JOSEPH R ESQUIVEL.JR, and                ) Case No: BS-09BK-29326
7  LORI ESQUIVEL aka LORI HERDA              )
   *pro per*                                 ) DATE: Sept 28, 2010
8                                            )
                          Plaintiff,         ) Time: 2:30 P.M
9         Vs.                                )
   **BRIAN T. MOYNIHAN,** *and/or his*       )
10 *successor,* individually, and in his     ) **MOTION TO COMPEL**
   official capacity as **PRES/CEO OF**      )
11 **BAC HOME LOANS SERVICING,**             ) **DEFENDANTS' ATTORNEYS**
   **LP,**                                   )
12                                           ) **TO SUBMIT AN AFFIDAVIT**
13                                           ) **TO THIS COURT**
                                             )
14                                           ) **STATING WHETHER OR NOT**
15                                           ) **THEY ARE REPRESENTING**
                                             )
16                                           ) **THE HOLDER IN DUE COURSE**
17                                           ) **AND THE CREDITOR**
                                             )
18                                           ) **IN THIS MATTER**
                                             )
19                                           )

                                Assigned to Honorable
                                BRUCE A. MARKELL

Plaintiff, JOSEPH R ESQUIVEL.JR, and LORI ESQUIVEL, *pro per,* pursuant to, *inter alia,* Rule 1 of the F.R.Civ.P. hereby enters their Motion to Compel Defendants' attorneys; **to submit to this Court an affidavit signed under penalty of perjury by a party under the jurisdiction of this Court**, pursuant to, *inter alia,* F.R.Civ.P. Rule 17(a) stipulating and admitting on and for the record: 1) whether or not they are representing the Holder in Due Course and the Creditor in this matter; 2) are not in actuality acting as a debt collector in this matter

Furthermore, Compel Defendants' attorneys to state on and for the record, what entity, if any, is the Holder in Due Course and the Creditor in this matter.

For clarification purposes, Plaintiff is ***not*** asking Defendants' attorneys what entity is the Holder, or if they represent the Holder. Plaintiff has clearly stated they are asking Defendants' attorneys to stipulate as to whether or not they represent the Holder in Due Course and the Creditor in this matter and if Defendants' attorneys are actually acting as a debt collector.

Also for clarification purposes, in this Motion, Defendants are defined as Defendants and/or their successors and/or the corporation Defendants were and/or are an officer of, during any aspect of any contingent that was in any way responsible and/or involved with the non-judicial foreclosure and/or Deed of Trust and/or this action. This definition is not cause to consider the Defendants' corporation as a party to this suit as Plaintiff hereby reiterates that Defendants' corporations were only used by Defendants' as part of a criminal conspiracy to unlawfully divest Plaintiff of Plaintiff's lawfully owned real property.

**WHEREAS**, Defendants' attorneys have obfuscated facts and avoided important issues and determining factors in this matter causing undue delay in achieving a just, speedy and inexpensive resolution to this matter.

1     **WHEREAS**, Defendants' attorneys have repeatedly misrepresented facts concerning Defendants' standing to confuse this Court by claiming Defendants are a Holder without denying or proving Defendants are the Holder in Due Course.

    **WHEREAS**, Defendants' attorneys have repeatedly misrepresented facts to confuse this court concerning Defendants' standing by appearing as the Creditor without denying or proving Defendants are the Creditor.

    **WHEREAS**, there are no facts in evidence there was ever a risk of assets by any Defendant and/or Defendants' corporation in the matter that led to the non-judicial foreclosure, and ultimately this suit.

    **WHEREAS**, Defendants' attorneys could not have lawfully commenced a non-judicial foreclosure against Plaintiff in the State of Nevada unless Defendants are and were at the time of the commencement the Holder in Due Course of the Promissory Note that was integral to the Deed of Trust.

    **WHEREAS**, Defendants' attorneys must, pursuant to Rule 17(a) ratify the commencement of any proceeding when requested to do so by Plaintiff.

    **WHEREAS,** this Court has the judicial discretion pursuant to Rule 1 to Compel Defendants and Defendants' attorneys to assist this Court in the just, speedy and inexpensive resolution to this matter.

    **WHEREAS**, F.R.Civ.P. Rule 1 requires all parties to cooperate to secure the just, speedy, and inexpensive determination of every action and proceeding.

    **WHEREAS**, if Defendants are not the Holder in Due Course and the Creditor, the Defendants' attorneys have violated N.R.S.. § 199.120 by making inconsistent statements to different government agencies.

    **WHEREAS**, the aforementioned stipulations and admissions by Defendants' attorneys would achieve a just, speedy and inexpensive resolution to this matter thereby saving the State's and this Court's valuable and limited resources.

    **THEREFORE,** this Court should grant Plaintiff's Motion to Compel and order Defendants' attorneys to submit affidavits under penalty of perjury declaring

on and for this Court's record: whether or not they represent the Holder in Due Course and the Creditor in this matter; and whether or not the Defendants or their attorneys are acting as debt collectors.

**VERIFIED STATEMENT**

The undersigned JOSEPH R ESQUIVEL.JR, *pro per*, a man, and a civilian,

The undersigned LORI ESQUIVEL , pro per, a woman, and a civilian ,herein Plaintiffs, does solemnly declare and state as follows:

I am moving this Court to Compel Defendants for ratification of commencement in furtherance of achieving a just, speedy and inexpensive resolution to this matter pursuant to Rule 17(a) and in no way do I believe this Motion to Compel will cause an undue financial burden or harass Defendants and/or Defendants' attorneys in any way.

I believe there is good cause and foundation in law for this Motion to Compel and absence of an affidavit by Defendants' attorneys as stipulated above will negatively effect the pursuit of justice and waste the State's and this Court's valuable and limited resources.

DATED: the 23rd day of August, in the year of Our Lord, 2010

BY: *Joseph R Esquivel*, agent    BY: *Lori Esquivel*

JOSEPH R ESQUIVEL.JR, *pro per*    LORI ESQUIVEL, *pro per*

Signed reserving all my rights at UCC 1-30    Signed reserving all my rights at UCC 1-308