

_Bruce A. Markell_
_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket**
**February 25, 2013**

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
Attorney for Secured Creditor
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77956

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Bk Case No.: 09-29326-bam |
| Joseph R. Esquivel, Jr. and Lori Esquivel, | Date:  January 3, 2013<br>Time: 10:00am |
| Debtors. | Chapter 7 |

<u>**ORDER DENYING DEBTORS' MOTION TO REOPEN BK 7 CASE AND MOTION TO**
**SANCTION BANK OF AMERICA, NA.**</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors Motion to Re-Open Bankruptcy 7 Case and Motion to Sanction Bank of America, N.A. in the above entitled bankruptcy proceeding is DENIED because the Debtors have already received their discharge. The order is without prejudice as to the merits of the Debtors arguments.

///
///
///

IT IS SO ORDERED.

Submitted by:

**TIFFANY & BOSCO, P.A.**                    APPROVED / DISAPPROVED

By: _____#10235          By: _____
**Gregory L. Wilde, Esq.**                        **Joseph R. Esquivel, Jr**.
Attorney for Secured Creditor              Pro Se Debtor

**APPROVED / DISAPPROVED**                    APPROVED / DISAPPROVED

By:_____                    By: _____
**Yvette Weinstein**                              **Lori Esquivel**
Chapter 7 Trustee                          Pro Se Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

Thank you in advance for your cooperation In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Debtor's counsel:

\_\_X\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or          \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or          \_\_\_\_\_ failed to respond to the document

\_\_X\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor