**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Attorney for Secured Creditor
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77956

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 09-29326-bam |
| Joseph R. Esquivel, Jr. and Lori Esquivel, | Chapter 7 |
| Debtors. | |

### NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY

PLEASE TAKE NOTICE that on the 25th day of February, 2013, the Order Terminating Automatic Stay was entered by the Court. A copy of said Order is attached herewith.

DATED March 15, 2013.

TIFFANY & BOSCO, P.A.

By: */s/ Gregory L. Wilde*
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
212 South Jones Boulevard
Las Vegas, Nevada 89107
(702) 258-8200 Telephone
(702) 258-8787 Facsimile

_Bruce A. Markell_

Honorable Bruce A. Markell
United States Bankruptcy Judge



**Entered on Docket**
**February 25, 2013**

---

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Attorney for Secured Creditor
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77956

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-29326-bam |
|---|---|
| Joseph R. Esquivel, Jr. and Lori Esquivel, | Date: January 3, 2013 |
|  | Time: 10:00am |
| Debtors. | Chapter 7 |

### ORDER DENYING DEBTORS' MOTION TO REOPEN BK 7 CASE AND MOTION TO SANCTION BANK OF AMERICA, NA.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors Motion to Re-Open Bankruptcy 7 Case and Motion to Sanction Bank of America, N.A. in the above entitled bankruptcy proceeding is DENIED because the Debtors have already received their discharge. The order is without prejudice as to the merits of the Debtors arguments.

///
///
///

1  IT IS SO ORDERED.
2
3  Submitted by:

   TIFFANY & BOSCO, P.A.
4
5  By: /s/ _____ #10235        By: /s/ Joseph R Esquivel Jr
   Gregory L. Wilde, Esq.           Joseph R. Esquivel, Jr.
6  Attorney for Secured Creditor    Pro Se Debtor

7  APPROVED / DISAPPROVED           APPROVED / DISAPPROVED

8  By:_____     By: /s/ Lori Esquivel
   Yvette Weinstein                 Lori Esquivel
9  Chapter 7 Trustee                Pro Se Debtor

(APPROVED circled on both right-side signature blocks)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

Thank you in advance for your cooperation In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_No party appeared at the hearing or filed an objection to the motion.

\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Debtor's counsel:

\_X\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or          \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or          \_\_\_\_\_ failed to respond to the document

\_X\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Attorney for Secured Creditor
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77956

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-29326-bam |
|---|---|
| Joseph R. Esquivel, Jr. and Lori Esquivel, Debtors. | Chapter 7 |

### CERTIFICATE OF MAILING

1. On March 15, 2013, I served the following document(s):

*NOTICE OF ENTRY OF ORDER*

2. I served the above-named document(s) by the following means to the persons as listed below:

    X  **a. ECF System**

        Yvette Weinstein
        yweinsteinhsd@earthlink.net
        Trustee

    X  **b. United States mail, postage fully prepaid:**

        Joseph & Lori Esquivel, Jr.
        6940 Surrey Ct.
        Las Vegas, NV 89145
        Debtors

    ☐  **c. Personal Service**

        I personally delivered the document(s) to the persons at these addresses:

☐ 1.     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ 2.     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 15th day of March, 2013.

By: _[signature]_